

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WMN
F#2007R0297

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 23, 2009

By ECF

The Honorable Allyne R. Ross
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Ricardo Pita
              Criminal Docket No. 07-107 (S-4)(ARR)

Dear Judge Ross:

      The government respectfully submits this letter in response to the above-referenced defendant's letter, dated January 15, 2009. The government does not oppose the defendant's request for a sentence of 10 years' incarceration, which is the statutory mandatory minimum sentence.

                                    Respectfully submitted,

                                    BENTON J. CAMPBELL
                                    United States Attorney

                      By:     /s/
                            Walter Norkin
                            Assistant U.S. Attorney
                            (718) 254-6152

cc:  Jeffrey Lichtman, Esq. (by ECF)
     USPO Frank Marcigliano (by email)